Form omddue

# UNITED STATES BANKRUPTCY COURT
Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* Jason Glidewell
   *Debtor*

*Case No.:* 23–90308

*Chapter:* 13

## ORDER AND DEFICIENCY NOTICE
FAILURE TO FILE THE REQUIRED DOCUMENTS WITHIN THE SPECIFIED TIME
WILL RESULT IN DISMISSAL OF THIS CASE

A petition was filed in the above named case on 7/17/23. The documents and/or information listed below were not filed with the petition or were not filed on the most current Official forms. The following documents **must be filed on the most current Official form(s) within 14 days of the petition date, on or before 7/31/23, or the case will be dismissed without further notice.** Current *Official forms* and the *Local Chapter 13 Model Plan* may be obtained at www.ilcb.uscourts.gov. Click on *Forms*.

**Missing Documents and/or Information:**

- ☐ Statement of Financial Affairs
- ☐ Summary of Assets and Liabilities and Certain Statistical Information
- ☐ Schedule A/B
- ☐ Schedule C
- ☐ Schedule D
- ☐ Schedule E/F
- ☐ Schedule G
- ☐ Schedule H
- ☐ Schedule I
- ☐ Schedule J
- ☐ Schedules A/B–J
- ☐ Declaration About Individual Debtor's Schedules
- ☐ Attorney's Disclosure of Compensation
- ☐ Ch 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Official Form 122C–1)
- ☑ Chapter 13 Model Plan (Effective date: 4/20/2023)
- ☐ Initial Statement About an Eviction Judgment Against You (Official Form 101A)

**\*Item(s) indicated with an \* were not filed on the most current Official form(s).**

**Dated:** 7/17/23

                                  /S/ Peter W. Henderson
                                    United States Bankruptcy Judge

Go to ***www.ilcb.uscourts.gov*** for information regarding this court's ***mandatory*** electronic filing policy.